**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Baltimore Division)**

| | | |
|---|---|---|
| **DEVELOPERS SURETY AND** | ) | |
| **INDEMNITY COMPANY** | ) | |
| **17771 Cowan, Suite 100** | ) | |
| **Irvine, CA 92614** | ) | |
| | ) | **Civil Action No. 1:16-cv-1124** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LESTER J. BELCHER, JR.** | ) | |
| **1401 Rossback Road** | ) | |
| **Davidsonville, Maryland 21035** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **EDWARD A. BROWN** | ) | |
| **200 Arrowhead Way** | ) | |
| **Queenstown, Maryland 21658** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **MARGARET A. BROWN** | ) | |
| **200 Arrowhead Way** | ) | |
| **Queenstown, Maryland 21658** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**COMPLAINT – CIVIL ACTION**

COMES NOW Plaintiff Developers Surety and Indemnity Company ("Developers"), by counsel, and hereby states the following as its Complaint against Defendants Lester J. Belcher, Jr., Edward A. Brown, and Margaret A. Brown (collectively, the "Defendants" or "Indemnitors"):

**PARTIES AND JURISDICTION**

1.      Plaintiff Developers is a corporation duly organized and existing under the laws of the State of Iowa with its principal place of business in California.  Among other things,

Developers is a national surety company engaged in the business of construction and surety bonding.  At all times relevant hereto, Developers was and is currently licensed to transact business as a surety in the State of Maryland.

2.      Upon information and belief, Defendant Lester J. Belcher, Jr. is a citizen of the State of Maryland.

3.      Upon information and belief, Defendant Edward A. Brown is a citizen of the State of Maryland.

4.      Upon information and belief, Defendant Margaret A. Brown is a citizen of the State of Maryland.

5.      This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1332 because of the diversity of citizenship of the parties hereto and because the amount in controversy exceeds $75,000.00.

6.      Venue is proper in this District pursuant to 28 U.S.C. § 1391 because a substantial part of the events and/or omissions giving rise to the claims asserted herein occurred in the State of Maryland.

## FACTUAL ALLEGATIONS

7.      The factual issues that give rise to this dispute concern losses incurred by Developers on several subdivision surety bonds that Developers issued for and on behalf of the development of the Quarterfield Knolls residential subdivision in Anne Arundel County, Maryland.

8.      Beginning in or around 2005, Lester J. Belcher, III and Deborah A. Belcher and/or Quarterfield Knolls Developers, LLC requested that Developers issue subdivision surety bonds for a residential subdivision that they sought to develop and construct in Anne Arundel County, Maryland.

2

9.      In order to induce Developers to issue those subdivision surety bonds, the Defendants executed under seal, and delivered to Developers, an Indemnity Agreement (the "Indemnity Agreement"), binding themselves to be jointly and severally liable to Developers in the event of any loss on any of the bonds issued by Developers.[1]  A true and correct copy of the Indemnity Agreement is attached hereto and incorporated herein as Exhibit A.

10.     Under paragraph 1 of the Indemnity Agreement, the Defendants specifically agreed to:

> Indemnify and hold harmless [Developers] from and against any and all liability, loss, claims, demands, costs, damages, attorneys' fees and expenses of whatever kind or nature, together with interest thereon at the maximum rate allowed by law, which [Developers] may sustain or incur by reason of or in consequence of the execution and delivery by [Developers] of any Bond on behalf of Principal [...] including, without limitation, the following:

> [...]

> 1.2    Liability incurred or amounts paid in satisfaction or settlement of any or all claims, demands, damages, costs, losses, suits, proceedings or judgments relating to Principal's nonperformance of an Obligation or any other matter covered by a Bond.

> 1.3    Liability incurred or expenses paid in connection with claims, suits or judgments relating to an Obligation or a Bond, including, without limitation, attorneys' fees and all legal expenses, and all fees and costs for investigation, accounting, or engineering services related to the adjustment of claims and losses.

> 1.4    Liability incurred or expenses paid in procuring or attempting to procure a release of liability under or exoneration of a Bond.

> 1.5    Liability incurred or expenses paid in recovering or attempting to recover losses or expenses paid or incurred in connection with this Agreement, an Obligation or a Bond.

---

[1] The Indemnity Agreement also identifies Lester J. Belcher, III and Deborah A. Belcher as indemnitors.  However, on August 25, 2010, Lester J. Belcher, III and Deborah A. Belcher filed a Petition for Relief under Chapter 11 of Title 11, U.S. Code (U.S. Bankruptcy Court for the District of Maryland, Case No. 10-29503), which was converted to a case under Chapter 7 on January 19, 2012 and received a discharge on November 4, 2013.  The Final Decree was entered on December 24, 2014.  For that reason, Lester J. Belcher, III and Deborah A. Belcher are not included as defendants in this action.

*See* Exhibit A, paragraph 1.

11.     Under paragraph 2 of the Indemnity Agreement, the Defendants also specifically agreed that:

2.1     [Developers] shall have the right in its sole and absolute discretion to determine whether any claims under a Bond shall be paid, compromised, defended, prosecuted or appealed.

2.2     [Developers] shall have the right to incur such expenses in handling a claim as it shall deem necessary, including but not limited to, expenses for investigative, accounting, engineering and legal services.

[…]

2.5     [Developers] shall have the right to reimbursement of its expenses and attorneys' fees incurred hereunder, irrespective of whether any Bond loss payment has been made by [Developers].  In any suit on this Agreement, [Developers] may recover its further expenses and reasonable attorneys' fees incurred in such suit.

*See* Exhibit A, paragraph 2.

12.     Under paragraph 5 of the Indemnity Agreement, the Defendants also specifically agreed that they would be in default of the Indemnity Agreement upon the occurrence of any of the following:

5.1     Any default in the performance of an Obligation by Principal or any declaration by any obligee of an Obligation that Principal is in default thereunder.

5.2     The breach of this Agreement by Principal or Indemnitor.

5.3     In the event that the Obligation, or any portion thereof, relates to development of real property or construction of improvements upon real property: (i) the failure of Principal to pay for labor and materials ordered for or used in connection with such development or construction improvements; (ii) the diversion or non-use by Principal of loan funds, equity funds or materials intended by the lender, equity contributor or supplier of such funds or materials to be used and which are needed to perform or discharge a specific Obligation; or (iii) the voluntary or involuntary cessation or suspension of work required to be performed by Principal in connection with the Obligation.

*See* Exhibit A, paragraph 5.

13.     Beginning in 2005, and in reliance on the Indemnity Agreement, Developers, as surety, issued several subdivision surety bonds (collectively, the "Bonds"), including:

a.      Grading and Sediment Control Bond No. 585776S in the penal sum of $22,895.00, naming Lester J. Belcher, III and Deborah A. Belcher as principals, and Anne Arundel County, Maryland as obligee, and guaranteeing the completion of certain grading work in the Quarterfield Knoll subdivision in Anne Arundel County, Maryland;

b.      Completion Bond No. 585777S in the penal sum of $441,984.00, naming Lester J. Belcher, III and Deborah A. Belcher as principals, and Anne Arundel County, Maryland as obligee, and guaranteeing the completion of certain public improvements in the Quarterfield Knoll subdivision in Anne Arundel County, Maryland; and

c.      Completion Bond No. 585778S in the penal sum of $161,741.00, naming Lester J. Belcher, III and Deborah A. Belcher as principals, and Anne Arundel County, Maryland as obligee, and guaranteeing the completion of certain public improvements and utility work in the Quarterfield Knoll subdivision in Anne Arundel County, Maryland.

14.     Lester J. Belcher, III and Deborah A. Belcher defaulted on their obligations covered by the Bonds, including, without limitation: (1) failing to complete the work secured by the Bonds; (2) failing to procure the release of the Bonds; and (3) failing to pay the premiums for the Bonds.

15.     As a result of the defaults by Lester J. Belcher, III and Deborah A. Belcher, Developers has incurred losses in excess of $253,289.36 for, *inter alia*, retaining a construction consultant to investigate the defaults on Developers' Bonds, completing the outstanding work

secured by Developers' Bonds, obtaining the release of Developers' Bonds, and paying the premiums for the Bonds.

16.     Developers' losses of $253,289.36 have been offset by $87,978.75 which Developers recovered from the bankruptcy estate of Lester J. Belcher, III and Deborah A. Belcher.  However, the Defendants remain liable for the balance of Developers' losses incurred to date, totaling $165,310.61, and all future losses suffered by virtue of having issued the Bonds.

17.     Developers provided each of the Defendants with written notice of the losses suffered by Developers by virtue of having issued the Bonds, and demanded that the Defendants indemnify and reimburse Developers for those losses.

18.     To date, and despite demand, the Defendants have failed and refused to indemnify and reimburse Developers for the losses incurred by Developers arising out of having issued the Bonds.

19.     All conditions precedent to filing this lawsuit have been satisfied and/or waived.

## COUNT I
## BREACH OF CONTRACT – INDEMNITY AGREEMENT

20.     Paragraphs 1 through 19 above are incorporated by reference as if fully set forth herein.

21.     Under the express terms of the Indemnity Agreement, the Defendants are jointly and severally liable to Developers for all liability, losses, claims, demands, costs, damages, attorneys' fees and expenses incurred by Developers arising out of Developers having provided the Bonds.

22.     Developers has suffered losses and incurred costs, damages, attorneys' fees and expenses arising out of Developers having provided the Bonds.

23.     Developers gave notice of its claim to the Defendants, and demanded that the Defendants indemnify and make Developers whole for all losses, costs, damages, attorneys' fees and expenses incurred by Developers.

24.     The Defendants have failed to honor their obligations arising under the express terms of the Indemnity Agreement.

25.     The Defendants' failure to indemnify Developers constitutes a material breach of their indemnity obligations and of the Indemnity Agreement.

26.     Developers is entitled to contractual indemnification, jointly and severally, from the Defendants for all losses, costs, damages, attorneys' fees and expenses incurred by Developers arising out of the Bonds, including the attorneys' fees and expenses of bringing this action.

WHEREFORE, Developers respectfully prays that this Court enter judgment in its favor and against Defendants Lester J. Belcher, Jr., Edward A. Brown, and Margaret A. Brown, jointly and severally, in an amount to be proven at trial but expected to be in excess of $165,310.61, together with interest, costs, and Developers' attorneys' fees and expenses in bringing this action, as well as any further relief this Court deems just and proper.

**COUNT II**
**EXONERATION**

27.     Paragraphs 1 through 19 above are incorporated by reference as if set forth in full herein.

28.     Pursuant to the terms of the Indemnity Agreement, the Defendants agreed to exonerate Developers from and against any and all liability by reason of Developers having provided the Bonds.

29.     As a result of having provided the Bonds, Developers has incurred and continues to incur, substantial losses arising out of Developers having provided the Bonds.

30.     The Defendants are required to exonerate Developers for all losses, costs, damages, attorneys' fees and expenses incurred by Developers arising out of Developers having provided the Bonds.

WHEREFORE, Developers respectfully prays that this Court enter judgment in its favor and against Defendants Lester J. Belcher, Jr., Edward A. Brown, and Margaret A. Brown, jointly and severally, in an amount to be proven at trial but expected to be in excess of $165,310.61, together with interest, costs, and Developers' attorneys' fees and expenses in bringing this action, as well as any further relief this Court deems just and proper.

Dated:  April 15, 2016                     DEVELOPERS   SURETY   AND   INDEMNITY
                                           COMPANY


                                           /s/ Shannon J. Briglia_____
                                           Shannon J. Briglia, Esq. (Bar No. 06718)
                                           BRIGLIAMCLAUGHLIN, PLLC
                                           1950 Old Gallows Road, Suite 750
                                           Vienna, Virginia 22182
                                           Telephone: (703) 506-1990
                                           Facsimile:  (703) 506-1140
                                           sbriglia@briglialaw.com
                                           *Attorney for Plaintiff*